413 A.2d 1124

Commonwealth v. Little, Appellant.

Argued March 19, 1979.   Adrian L. Meyer, for appellant; Kenneth G. Biehn, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

413 A.2d 1124

Commonwealth v. Mitchell, Appellant.

Submitted September 15, 1978.   Joseph P. Semasek, Assistant Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.